UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

TEFERI ABATE ADEM,

        Plaintiff,

   -against-                             Case No. 12-cv-00646 (WWE)

JANET NAPOLITANO, in her official capacity as
Secretary of the Department of Homeland Security;        June 13, 2012
ALEJANDRO MAYORKAS, in his official
capacity as Director of the United States Citizenship
and Immigration Services; DONALD NEUFELD,
in his official capacity as Associate Director of the
Service Center Operations Directorate of the United
States Citizenship and Immigration Services; and
WARREN M. JANSSEN, in his official capacity as
Acting Director of the Nebraska Service Center of the
United States Citizenship and Immigration Services,

        Defendants.
-------------------------------------------------------------X

## DECLARATION OF RUPALI SHARMA

     I, Rupali Sharma, upon my personal knowledge, and in accordance with 28 U.S.C. § 1746, hereby declare as follows:

     1.     I am a law student intern at the Jerome N. Frank Legal Services Organization at Yale Law School, working under the supervision of Jean Koh Peters and Jason Parkin, counsel for the plaintiff in the above-captioned case.

     2.     On May 22, 2012, I caused the Summons and Complaint in this case, as well as the U.S. District Court for the District of Connecticut's Notice to Counsel and Pro Se Parties, Electronic Filing Order, and Order on Pretrial Deadlines, to be mailed by certified mail to: Civil-Process Clerk, U.S. Attorney's Office for the District of Connecticut, Connecticut Financial Center, 157 Church Street, Floor 23, New Haven, CT 06510; Eric H. Holder, Jr., Attorney

General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; Defendant Janet Napolitano, Department of Homeland Security, U.S. Department of Homeland Security, Washington, D.C. 20528; Defendant Alejandro Mayorkas, U.S. Citizenship and Immigration Services, 20 Massachusetts Ave., NW, Washington, D.C. 20001; Defendant Donald Neufeld, U.S. Citizenship and Immigration Services, 20 Massachusetts Ave., NW, Washington, D.C. 20001; and Defendant Warren M. Janssen, Nebraska Service Center, U.S. Citizenship and Immigration Services, 850 S. Street, Lincoln, NE 68508-2521.

      3.     The Summons, Complaint, and related documents were delivered to the U.S. Attorney's Office for the District of Connecticut on May 23, 2012 (Exh. A), to Attorney General Holder on May 29, 2012 (Exh. B), to Defendant Napolitano on May 29, 2012 (Exh. C), to Defendant Mayorkas on June 4, 2012 (Exh. D), to Defendant Neufeld on June 4, 2012 (Exh. E), and to Defendant Janssen on May 29, 2012 (Exh. F).

      4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: New Haven, Connecticut
      June 13, 2012

Rupali Sharma

# EXHIBIT A

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000127222779 | Priority Mail® | Delivered | May 23, 2012, 12:57 pm | NEW HAVEN, CT 06510 | **Expected Delivery By:** May 23, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 23, 2012, 7:23 am | NEW HAVEN, CT 06511 | |
| | | Acceptance | May 22, 2012, 4:09 pm | NEW HAVEN, CT 06511 | |

### Check on Another Item

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT B

English      Customer Service      USPS Mobile            Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools      Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

[ GET EMAIL UPDATES ]    [ PRINT DETAILS ]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000127222762 | First-Class Mail® | Delivered | May 29, 2012, 4:42 am | WASHINGTON, DC 20530 | **Expected Delivery By:** May 24, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | May 27, 2012, 12:46 pm | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | May 27, 2012, 12:16 pm | WASHINGTON, DC 20018 | |
| | | Acceptance | May 22, 2012, 4:10 pm | NEW HAVEN, CT 06511 | |

## Check on Another Item

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT C

English          Customer Service          USPS Mobile                                        Register / Sign In

**USPS.COM**                                                        Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

[ GET EMAIL UPDATES ]    [ PRINT DETAILS ]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000225342431 | First-Class Mail® | Delivered | May 29, 2012, 6:52 am | WASHINGTON, DC 20528 | **Expected Delivery By:** May 24, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | May 27, 2012, 11:33 am | WASHINGTON, DC 20528 | |
| | | Arrival at Unit | May 27, 2012, 9:53 am | WASHINGTON, DC 20018 | |
| | | Acceptance | May 22, 2012, 4:14 pm | NEW HAVEN, CT 06511 | |

## Check on Another Item

What's your label (or receipt) number?

[ Find ]

## LEGAL

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

## ON USPS.COM

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

## ON ABOUT.USPS.COM

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

## OTHER USPS SITES

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT D

English          Customer Service      USPS Mobile                                    Register / Sign In

**USPS.COM**                                                    Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000225342417 | First-Class Mail® | Delivered | June 04, 2012, 9:28 am | WASHINGTON, DC 20529 | **Expected Delivery By:** May 24, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | June 04, 2012, 6:56 am | WASHINGTON, DC 20018 | |
| | | Processed through USPS Sort Facility | May 24, 2012, 6:32 am | WASHINGTON, DC 20066 | |
| | | Processed at USPS Origin Sort Facility | May 23, 2012, 7:18 pm | WASHINGTON, DC 20066 | |
| | | Acceptance | May 22, 2012, 4:12 pm | NEW HAVEN, CT 06511 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT E

English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM**                                                          Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000225342424 | First-Class Mail® | Delivered | June 04, 2012, 9:28 am | WASHINGTON, DC 20529 | **Expected Delivery By:** May 24, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | June 04, 2012, 6:56 am | WASHINGTON, DC 20018 | |
| | | Processed at USPS Origin Sort Facility | May 24, 2012, 6:32 am | WASHINGTON, DC 20066 | |
| | | Acceptance | May 22, 2012, 4:13 pm | NEW HAVEN, CT 06511 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT F

English        Customer Service     USPS Mobile                                    Register / Sign In

**USPS.COM**                                    Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000225342400 | First-Class Mail® | Delivered | May 29, 2012, 7:11 am | LINCOLN, NE 68501 | **Expected Delivery By:**<br>May 25, 2012<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | May 29, 2012, 6:12 am | LINCOLN, NE 68501 | |
| | | Depart USPS Sort Facility | May 29, 2012 | LINCOLN, NE 68501 | |
| | | Processed at USPS Origin Sort Facility | May 25, 2012, 5:40 am | LINCOLN, NE 68501 | |
| | | Acceptance | May 22, 2012, 4:12 pm | NEW HAVEN, CT 06511 | |

## Check on Another Item

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, a copy of the foregoing Declaration of Rupali Sharma was filed electronically and served by first-class mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Dated: New Haven, Connecticut
      June 13, 2012

                                                              Rupali Sharma