UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TEFERI ABATE ADEM | CIVIL No. 3:12CV646 (WWE) |
| PLAINTIFF, | |
| v. | |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director of the United States Citizenship and Immigration Services; DONALD NEUFELD, Associate Director of the Service Center Operations Directorate of the United States Citizenship and Immigration Services; WARREN M. JANSSEN, Acting Director of the Nebraska Service Center of the United States Citizenship and Immigration Services | |
| DEFENDANT. | July 23, 2012 |



## NOTICE OF MANUAL FILING

Please take notice that the defendant, United States, has manually filed the

Notice of Compliance with Attachments.

This document has not been filed electronically because the electronic file size of

the documents exceeds 5 mb.

This document has been manually served on all parties.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

*Michelle L McConaghy*

MICHELLE L. MCCONAGHY
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th floor
New Haven, CT 06510
Phone:  (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **July 23, 2012**, I sent a copy of the following pleading to those listed below by First Class Postage prepaid mail:

Jean Koh Peters
Jerome N. Frank Legal Services Organization
Yale Law School
PO Box 209090
New Haven, CT 06520-9090

*Michelle L. McConaghy*
MICHELLE L. MCCONAGHY
ASSISTANT UNITED STATES ATTORNEY